## CONSENT TO JOIN FORM

I work or worked for New United Motor Manufacturing, Inc ("NUMMI") as a production or maintenance employee in the truck paint, passenger paint, or plastics department at some point since July 27, 2004, and I worked overtime for which I was not paid.

I choose to participate in the FLSA collective action titled *Martin v. New United Motor Manufacturing, Inc.*, to recover unpaid overtime pay under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. §216(b), and other relief under state law.

I choose to be a named plaintiff in this matter and to be represented by the other named plaintiffs, if necessary, and by Altshuler Berzon LLP as counsel in this action.

Name: _DAVID W MARTIN_

Signature: _/s/ David W Martin_

Date Signed: _07.20.07_