```
 1  JAMES M. FINBERG (SBN 114850)
    EVE H. CERVANTEZ (SBN 164709)
 2  LINDA LYE (SBN 215584)
    ALTSHULER BERZON LLP
 3  177 Post Street, Suite 300
    San Francisco, California 94108
 4  Telephone: (415) 421-7151
    Facsimile: (415) 362-8064
 5  E-Mail: jfinberg@altshulerberzon.com
    E-Mail: ecervantez@altshulerberzon.com
 6  E-Mail: llye@altshulerberzon.com

 7  Attorneys for Plaintiffs David Martin,
    Perry Dean, Donald Alexander,
 8  Anthony Silva, and the proposed Plaintiff Class
```

*ORIGINAL FILED JUL 3 0 2007 RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — E-Filing*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

**C 07 3887 PJH**

| | |
|---|---|
| DAVID MARTIN, PERRY DEAN, DONALD ALEXANDER, AND ANTHONY SILVA, on behalf of themselves and a class of those similarly situated,<br><br>            Plaintiffs,<br><br>    v.<br><br>NEW UNITED MOTOR MANUFACTURING, INC.,<br><br>            Defendant. | Case No. _____<br><br>**CERTIFICATION OF INTERESTED PARTIES** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report. Signature, Attorney of Record.

Date: July 30, 2007

Respectfully submitted,

JAMES M. FINBERG
LINDA LYE
EVE H. CERVANTEZ
ALTSHULER BERZON LLP

By: _____
James M. Finberg

Attorneys for Plaintiffs David Martin, Perry Dean, Donald Alexander, Anthony Silva, and the proposed Plaintiff Class

CERTIFICATION OF INTERESTED PARTIES, Case No. _____                    1