1  JAMES M. FINBERG (SBN 114850)
   EVE H. CERVANTEZ (SBN 164709)
2  LINDA LYE (SBN 215584)
   ALTSHULER BERZON LLP
3  177 Post Street, Suite 300
   San Francisco, California 94108
4  Telephone: (415) 421-7151
   Facsimile: (415) 362-8064
5  E-Mail: jfinberg@altshulerberzon.com
   E-Mail: ecervantez@altshulerberzon.com
6  E-Mail: llye@altshulerberzon.com

7  *Attorneys for Plaintiffs David Martin,*
   *Perry Dean, Donald Alexander,*
8  *Anthony Silva, and the proposed Plaintiff Class*

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12
   DAVID MARTIN, PERRY DEAN,                 )   Case No. C-07-3887 PJH
13 DONALD ALEXANDER, AND                     )
   ANTHONY SILVA, on behalf of               )   **PROOF OF SERVICE OF COMPLAINT**
14 themselves and a class of those similarly )   **AND INITIAL COURT DOCUMENTS**
   situated,                                 )
15                                           )
             Plaintiffs,                     )
16                                           )
        v.                                   )
17                                           )
   NEW UNITED MOTOR                          )
18 MANUFACTURING, INC.,                      )
                                             )
19           Defendant.                      )
                                             )
20

PROOF OF SERVICE, Case No. C-07-3887 PJH

**PROOF OF SERVICE**

**CASE:** *David Martin, et al. v. New United Motor Manufacturing, Inc.*

**CASE NO:** U.S. District Court, N.D. Cal., Case No. C-07-3887 PJH

I am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within action; my business address is 177 Post Street, Suite 300, San Francisco, California 94108. On August 1, 2007, I served the following document(s):

**Complaint**

**Certification of Interested Parties**

**Order Setting Initial Case Management and ADR Deadlines**

**Notice of Availability of Magistrate Judge to Exercise Jurisdiction**

**Welcome to the U.S. District Court, San Francisco**

**ECF Registration Information Handout**

on the parties, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below for service as designated below:

<u>By First Class Mail</u>: I placed the envelope, sealed and with first-class postage fully prepaid, for collection and mailing following our ordinary business practices. I am readily familiar with the practice of Altshuler Berzon LLP for the collection and processing of correspondence for mailing with the United States Postal Service. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Mail Postal Service in San Francisco, California, for collection and mailing to the office of the addressee on the date shown herein.

| ADDRESSEE | PARTY |
|---|---|
| Julie Collins Nelson<br>Assistant General Counsel<br>New United Motor Manufacturing, Inc.<br>45500 Fremont Boulevard<br>Fremont, California 94538<br>Ph: (510) 498-5675<br>Fx: (510) 498-5511<br>JNelson@nummi.com | Defendant NUMMI |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this September 5, 2007, at San Francisco, California.

_____
Jean Perley

PROOF OF SERVICE, Case No. C-07-3887 PJH