JAMES M. FINBERG (SBN 114850)
EVE H. CERVANTEZ (SBN 164709)
LINDA LYE (SBN 215584)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
E-Mail: jfinberg@altshulerberzon.com
E-Mail: ecervantez@altshulerberzon.com
E-Mail: llye@altshulerberzon.com

Attorneys for Plaintiffs David Martin,
Perry Dean, Donald Alexander,
Anthony Silva, and the proposed Plaintiff Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| DAVID MARTIN, PERRY DEAN, DONALD ALEXANDER, AND ANTHONY SILVA, on behalf of themselves and a class of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NEW UNITED MOTOR MANUFACTURING, INC.,<br><br>Defendant. | Case No. C07-3887 PJH<br><br>STIPULATED REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER |

**STIPULATION**

WHEREAS, the initial case management conference is currently set in this matter for November 8, 2007 at 2:30 pm;

1    WHEREAS, lead counsel for Plaintiffs James Finberg has a scheduling conflict on
2    November 8, 2007;
3    WHEREAS, counsel for both parties are available on November 15, 2007 at 2:30
4    pm;
5    WHEREAS, neither party would suffer prejudice in this action by postponing the
6    initial case management conference by one week,
7    The parties therefore jointly request that the case management conference
8    currently scheduled for November 8, 2007 at 2:30 pm be recalendared to November 15,
9    2007 at 2:30 pm.

10   Date: October 16, 2007        By: _____
                                        James M. Finberg

         JAMES M. FINBERG (SBN 114850)
         EVE H. CERVANTEZ (SBN 164709)
         LINDA LYE (SBN 215584)
         ALTSHULER BERZON LLP
         177 Post Street, Suite 300
         San Francisco, California 94108
         Telephone: (415) 421-7151

         Facsimile: (415) 362-8064
         E-Mail: jfinberg@altshulerberzon.com
         E-Mail: ecervantez@altshulerberzon.com
         E-Mail: llye@altshulerberzon.com

         *Attorneys for Plaintiffs David Martin, Perry Dean, Donald Alexander, Anthony Silva, and the proposed Plaintiff Class*

STIPULATED REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER,
Case No. C07-3887 PJH

2

| | | |
|---|---|---|
| 1 | Date: October 16, 2007 | By: /s/ Marlene Muraco |
| 2 | | ERIC C. BELLAFRONTO, ESQ. (#162102) |
| 3 | | MARLENE S. MURACO, ESQ. (#154240) |
|   | | LITTLER MENDELSON |
| 4 | | 50 West San Fernando St., 14th Floor |
|   | | San Jose, CA 95113-2303 |
| 5 | | Telephone: (408) 998-4150 |
|   | | Facsimile: (408) 288-5686 |
| 6 | | E-Mail: EBellafronto@LITTLER.com |
|   | | E-Mail: MMuraco@littler.com |
| 7 | | *Attorneys for Defendant* |
| 8 | | *New United Motor Manufacturing, Inc.* |

STIPULATED REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER,
Case No. C07-3887 PJH

3

1       **[PROPOSED] ORDER**

2       For good cause shown, and based on the parties' stipulation, the case
3   management conference in this matter currently set for November 8, 2007 at 2:30 pm be
4   recalendared to November 15, 2007 at 2:30 pm.
5       IT IS SO ORDERED.
6
7                                           _____
                                            Judge Phyllis J. Hamilton
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28  STIPULATED REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND [PROPOSED]   4
    ORDER,
    Case No. C07-3887 PJH