1  JAMES M. FINBERG (SBN 114850)
2  EVE H. CERVANTEZ (SBN 164709)
   LINDA LYE (SBN 215584)
3  ALTSHULER BERZON LLP
   177 Post Street, Suite 300
4  San Francisco, California 94108
   Telephone: (415) 421-7151
5  Facsimile: (415) 362-8064
   E-Mail: jfinberg@altshulerberzon.com
6  E-Mail: ecervantez@altshulerberzon.com
   E-Mail: llye@altshulerberzon.com

7  *Attorneys for Plaintiffs David Martin,*
   *Perry Dean, Donald Alexander,*
8  *Anthony Silva, and the proposed Plaintiff Class*

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11              SAN FRANCISCO/OAKLAND DIVISION

12

13  DAVID MARTIN, PERRY DEAN,           )    Case No. C07-3887 PJH
    DONALD ALEXANDER, AND               )
14  ANTHONY SILVA, on behalf of         )    **STIPULATED REQUEST FOR**
    themselves and a class of those     )    **CONTINUANCE OF CASE**
15  similarly situated,                 )    **MANAGEMENT CONFERENCE AND**
                                        )    **[PROPOSED] ORDER**
16              Plaintiffs,             )
                                        )
17      v.                              )
                                        )
18  NEW UNITED MOTOR                    )
    MANUFACTURING, INC.,                )
19                                      )
                Defendant.              )
20                                      )
                                        )
21  _____     )

22

23                      **STIPULATION**

24

25      WHEREAS, the initial case management conference is currently set in this matter

26  for November 8, 2007 at 2:30 pm;

27

1       WHEREAS, lead counsel for Plaintiffs James Finberg has a scheduling conflict on

2   November 8, 2007;

3       WHEREAS, counsel for both parties are available on November 15, 2007 at 2:30

4   pm;

5       WHEREAS, neither party would suffer prejudice in this action by postponing the

6   initial case management conference by one week,

7       The parties therefore jointly request that the case management conference

8   currently scheduled for November 8, 2007 at 2:30 pm be recalendared to November 15,

9   2007 at 2:30 pm.

10  Date:  October 16, 2007              By: _____

                                              James M. Finberg

12                                       JAMES M. FINBERG (SBN 114850)
                                         EVE H. CERVANTEZ (SBN 164709)
                                         LINDA LYE (SBN 215584)
13                                       ALTSHULER BERZON LLP
                                         177 Post Street, Suite 300
14                                       San Francisco, California 94108
                                         Telephone: (415) 421-7151

16                                       Facsimile: (415) 362-8064
                                         E-Mail: jfinberg@altshulerberzon.com
                                         E-Mail: ecervantez@altshulerberzon.com
17                                       E-Mail: llye@altshulerberzon.com

18                                       *Attorneys for Plaintiffs David Martin, Perry
                                         Dean, Donald Alexander, Anthony Silva,*
19                                       *and the proposed Plaintiff Class*

20

21

22

23

24

25

26

27

Date:  October 16, 2007

By: _____

ERIC C. BELLAFRONTO, ESQ. (#162102)
MARLENE S. MURACO, ESQ. (#154240)
LITTLER MENDELSON
50 West San Fernando St., 14th Floor
San Jose, CA  95113-2303
Telephone:  (408) 998-4150
Facsimile:  (408) 288-5686
E-Mail:  EBellafronto@LITTLER.com
E-Mail:  MMuraco@littler.com

*Attorneys for Defendant*
*New United Motor Manufacturing, Inc.*

STIPULATED REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER,
Case No. C07-3887 PJH

3

1

**[~~PROPOSED~~] ORDER**

2

For good cause shown, and based on the parties' stipulation, the case

3

management conference in this matter currently set for November 8, 2007 at 2:30 pm be

4

recalendared to November 15, 2007 at 2:30 pm.

5

IT IS SO ORDERED.

6

7        10/17/07

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28    STIPULATED REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND [PROPOSED] 4
ORDER,
Case No. C07-3887 PJH