MARLENE S. MURACO, Bar No. 154240
mmuraco@littler.com
LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
14th Floor
San Jose, CA  95113.2303
Telephone:    408.998.4150

Attorneys for Defendant
NEW UNITED MOTOR MANUFACTURING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID MARTIN, PERRY DEAN, DONALD ALEXANDER, AND ANTHONY SILVA, on behalf of themselves and a class of those similarly situated,,<br><br>Plaintiffs,<br><br>v.<br><br>NEW UNITED MOTOR MANUFACTURING, INC.,<br><br>Defendant. | Case No.  C07-03887 PJH<br><br>**DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding.: 1) the named parties to this action; and 2) General Motors and Toyota, as New United Motor Manufacturing, Inc. ("NUMMI") is a joint venture between those two companies.

LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
14th Floor
San Jose, CA  95113.2303
408.998.4150

(NO. C07-03887 PJH)                    DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

1 | Dated: November 15, 2007

3 | /S/ Marlene S. Muraco
MARLENE S. MURACO
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
NEW UNITED MOTOR
MANUFACTURING, INC.

Firmwide:83626258.1 048320.1017

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
14th Floor
San Jose, CA 95113.2303
408.998.4150

(NO. C07-03887 PJH)   2.   DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS