UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

Date: November 15, 2007     JUDGE: Phyllis J. Hamilton

Case No: C-07-3887 PJH

Case Name: David Martin, et al. v. New United Motor Manufacturing

Attorney(s) for Plaintiff:     James M. Fineberg
Attorney(s) for Defendant:     Marlene Muraco

Deputy Clerk: Nichole Heuerman     Court Reporter: Not Reported

PROCEEDINGS

Initial Case Management Conference-Held.

Defense counsel's request to file an early motion for summary judgment is granted by the court. The last day for hearing defendant's motion for summary judgment re: FLSA claims is 5/21/08.

Plaintiff shall file motion for class certification by 7/9/08. The parties shall submit a stipulation as to the briefing schedule and hearing date.

The parties are handed copies of the court's pretrial instructions.

REFERRALS:

[x] Case referred to ADR for Private Mediation to be completed by June 2, 2008.

Order to be prepared by:   [] Pl [] Def  []  Court

Notes:

cc: file; ADR