MARLENE S. MURACO, Bar No. 154240
ERIC BELLAFRONTO, Bar No. 162102
LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street, 14th Floor
San Jose, CA 95113.2303
Telephone:    408.998.4150

Attorneys for Defendant
NEW UNITED MOTOR MANUFACTURING, INC..

JAMES M. FINBERG, Bar No. 114850
EVE H. CERVANTEZ, Bar No. 164709
LINDA LYE, Bar No. 215584
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone:    415.421.7151

Attorneys for Plaintiffs
DAVID MARTIN, PERRY DEAN, DONALD ALEXANDER,
ANTHONY SILVA, and the proposed Plaintiff Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MARTIN, PERRY DEAN, DONALD ALEXANDER, and ANTHONY SILVA, on behalf of themselves and a class of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NEW UNITED MOTOR MANUFACTURING, INC.<br><br>Defendant. | Case No. C-07-3887-PJH<br><br>**STIPULATION AND [PROPOSED] ORDER RE: CASE SCHEDULE AND TOLLING OF FLSA STATUTE OF LIMITATIONS** |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
Fourteenth Floor
San Jose, CA 95113.2303
408.998.4150

S

Case No. C-07-3887-PJH

JOINT CASE MANAGEMENT CONFERENCE STATEMENT

This Stipulation is entered into by and between David Martin, Perry Dean, Donald Alexander, and Anthony Silva (collectively "Plaintiffs"), by and through their undersigned counsel, and New United Motor Manufacturing, Inc. ("NUMMI"), by and through its undersigned counsel. Plaintiffs and NUMMI are collective referred to herein as the "Parties."

## RECITALS

WHEREAS, Plaintiffs have filed an action in the United States District Court for the Northern District of California styled David Martin et al. v New United Motor Manufacturing, Inc. Case No. 07-3887-PJH;

WHEREAS, Plaintiffs claim, among other things, that NUMMI has not provided the required overtime compensation under the Fair Labor Standards Act ("FLSA");

WHEREAS, Plaintiffs seek to bring a FLSA collective action on behalf of all persons who were, are, or will be employed by Defendant as production or maintenance employees in Defendant's truck paint and passenger paint departments, and in the paint side of its plastics department at Defendant's manufacturing facility in Fremont, California, (see Complaint, Doc. No. 1, at ¶30) ("Prospective FLSA Collective Action");

WHEREAS, the Company denies that it has failed to provide Plaintiffs and members of the Prospective FLSA Collective Action the required overtime compensation under the FLSA and further denies that certification of any potential class or collective action is appropriate;

WHEREAS, Plaintiffs intend to move for conditional certification of the Prospective FLSA Collective Action for the purpose of issuance of Court-facilitated notice ("Notice Motion") and also to move for class certification under F.R.C.P. 23 ("Rule 23 Motion") as to those claims in the Complaint eligible for class certification;

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
Fourteenth Floor
San Jose, CA 95113.2303
408.998.4150

2.                                    Case No. C-07-3887-PJH
JOINT CASE MANAGEMENT CONFERENCE STATEMENT

WHEREAS, the Parties have agreed that it is in their mutual interests to accommodate discovery, briefing, and hearing schedules on Plaintiffs' intended Notice Motion and Rule 23 Motion;

WHEREAS, the Parties have agreed that Plaintiffs will bring the Notice Motion and the Rule 23 Motion on the same date, on or before July 11, 2008;

THEREFORE, the Parties stipulate and agree as follows:

**STIPULATION AND AGREEMENT**

1. Plaintiffs will file their Notice Motion and Rule 23 Motion on the same date, to be agreed upon by the parties, on or before July 11, 2008;

2. The statute of limitations applicable to the FLSA claims pleaded in the complaint in this action, on behalf of (a) the Plaintiffs; and (b) all persons who were, are, or will be employed by Defendant as production or maintenance employees in Defendant's truck paint and passenger paint departments, and in the paint side of its plastics department at Defendant's manufacturing facility in Fremont, California, shall be tolled from November 1, 2007 through 30 days from the issuance of an order granting or denying Plaintiffs' Notice Motion;

3. This Stipulation and Order is without prejudice to Plaintiffs moving the Court, pursuant to the doctrine of equitable tolling, to toll the FLSA statute of limitations for additional periods. The Company reserves the right to oppose any such motion. This Stipulation and Order is also without prejudice to the Parties reaching agreement about additional tolling;

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
Fourteenth Floor
San Jose, CA 95113.2303
408.998.4150

3.   Case No. C-07-3887-PJH
JOINT CASE MANAGEMENT CONFERENCE STATEMENT

1  January 14, 2008
   ~~November __, 2007~~

   _____
   MARLENE S. MURACO
   LITTLER MENDELSON
   A Professional Corporation
   Attorneys for Defendant
   NEW UNITED MOTOR MANUFACTURING, INC.

   January 15, 2008
   ~~November __, 2007~~

   _____
   LINDA LYE / JAMES M. FINBERG
   ALTSHULER BERZON
   Attorneys for Plaintiffs
   DAVID MARTIN, PERRY DEAN, DONALD ALEXANDER, ANTHONY SILVA, and the proposed Plaintiff Class

## ORDER

The foregoing Stipulation is approved, and IT IS SO ORDERED.

_____
Hon. Phyllis J. Hamilton
United States District Judge

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
Fourteenth Floor
San Jose, CA 95113.2303
408.998.4150

4.

Case No. C-07-3887-PJH

JOINT CASE MANAGEMENT CONFERENCE STATEMENT