1  MARLENE S. MURACO, Bar No. 154240
   ERIC BELLAFRONTO, Bar No. 162102
2  LITTLER MENDELSON
   A Professional Corporation
3  50 West San Fernando Street, 14th Floor
   San Jose, CA  95113.2303
4  Telephone:     408.998.4150

5  Attorneys for Defendant
   NEW UNITED MOTOR MANUFACTURING, INC..
6
   JAMES M. FINBERG, Bar No. 114850
7  EVE H. CERVANTEZ, Bar No. 164709
   LINDA LYE, Bar No. 215584
8  JENNIFER SUNG, Bar No. 254741
   ALTSHULER BERZON LLP
9  177 Post Street, Suite 300
   San Francisco, CA 94108
10 Telephone:     415.421.7151

11 Attorneys for Plaintiffs
   DAVID MARTIN, PERRY DEAN, DONALD ALEXANDER,
12 ANTHONY SILVA, and the proposed Plaintiff Class

13                  UNITED STATES DISTRICT COURT

14                 NORTHERN DISTRICT OF CALIFORNIA

15

16 DAVID MARTIN, PERRY DEAN,              Case No. C-07-3887-PJH
17 DONALD ALEXANDER, and
   ANTHONY SILVA, on behalf of            **STIPULATION AND [PROPOSED] ORDER
18 themselves and a class of those similarly   RE: DEFENDANT'S MOTION FOR
   situated,                              EARLY SUMMARY JUDGMENT**
19
              Plaintiffs,
20
        v.
21
   NEW UNITED MOTOR
22 MANUFACTURING, INC.

23            Defendant.

24

25

26

27

28
                                                           Case No. C-07-3887-PJH

**STIPULATION AND [PROPOSED] ORDER RE: EARLY SUMMARY JUDGMENT MOTION**

This Stipulation is entered into by and between David Martin, Perry Dean, Donald Alexander, and Anthony Silva (collectively "Plaintiffs"), by and through their undersigned counsel, and New United Motor Manufacturing, Inc. ("NUMMI"), by and through its undersigned counsel. Plaintiffs and NUMMI are collectively referred to herein as the "Parties."

## RECITALS

WHEREAS, counsel for NUMMI stated at the November 15, 2007 Case Management Conference that it desired to bring an early motion for summary judgment on Plaintiffs' claim under the Fair Labor Standards Act ("FLSA");

WHEREAS, the Court granted NUMMI's request to bring an early summary judgment motion in a minute order dated November 15, 2007 (Docket No. 14), and ordered that any such motion be heard by May 21, 2008;

WHEREAS, the Parties have scheduled a mediation in hopes of resolving this litigation through settlement;

WHEREAS, that mediation is scheduled to take place on May 21, 2008;

WHEREAS, litigating NUMMI's early motion for summary judgment will be unnecessary if a settlement is reached on May 21, 2008;

WHEREAS, delaying the briefing and hearing of NUMMI's early motion for summary judgment until after the Parties' May 21 mediation will thus avoid a potential waste of the Court's and the Parties' resources, and will permit the Parties to focus their efforts on settlement;

THEREFORE, the Parties stipulate and agree, and request that the Court order, that:

1. The deadline set by the Court in its November 15, 2007 minute order regarding the hearing of NUMMI's early motion for summary judgment is hereby vacated; and
2. Should the Parties fail to reach a settlement at their May 21, 2008 mediation, NUMMI shall have until June 11, 2008 to file its motion for summary judgment regarding Plaintiffs' FLSA claim.

April 4, 2008

_____
MARLENE S. MURACO
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
NEW UNITED MOTOR MANUFACTURING, INC.

April 7, 2008

_____
JAMES M. FINBERG
ALTSHULER BERZON LLP
Attorneys for Plaintiffs
DAVID MARTIN, PERRY DEAN, DONALD ALEXANDER, ANTHONY SILVA, and the proposed Plaintiff Class

**ORDER**

The foregoing Stipulation is approved, and IT IS SO ORDERED.

4/8/08        Hon. Phyllis J. Hamilton
              United States District

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

3.                                                    Case No. C-07-3887 PJH

STIPULATION AND [PROPOSED] ORDER RE: EARLY SUMMARY JUDGMENT MOTION