1  MARLENE S. MURACO, Bar No. 154240
   ERIC BELLAFRONTO, Bar No. 162102
2  LITTLER MENDELSON
   A Professional Corporation
3  50 West San Fernando Street, 14th Floor
   San Jose, CA 95113.2303
4  Telephone: 408.998.4150

5  Attorneys for Defendant
   NEW UNITED MOTOR MANUFACTURING, INC..
6
   JAMES M. FINBERG, Bar No. 114850
7  EVE H. CERVANTEZ, Bar No. 164709
   LINDA LYE, Bar No. 215584
8  JENNIFER SUNG, Bar No. 254741
   ALTSHULER BERZON LLP
9  177 Post Street, Suite 300
   San Francisco, CA 94108
10 Telephone: 415.421.7151

11 Attorneys for Plaintiffs
   DAVID MARTIN, PERRY DEAN, DONALD ALEXANDER,
12 ANTHONY SILVA, and the proposed Plaintiff Class

13                 UNITED STATES DISTRICT COURT
14                 NORTHERN DISTRICT OF CALIFORNIA
15

| DAVID MARTIN, PERRY DEAN, DONALD ALEXANDER, and ANTHONY SILVA, on behalf of themselves and a class of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NEW UNITED MOTOR MANUFACTURING, INC.<br><br>Defendant. | Case No. C-07-3887-PJH<br><br>**STIPULATION AND [PROPOSED] ORDER ALLOWING PLAINTIFFS TO FILE FIRST AMENDED COMPLAINT** |
|---|---|

Case No. C-07-3887-PJH

**STIPULATION AND [PROPOSED] ORDER RE: FIRST AMENDED COMPLAINT**

This Stipulation is entered into by and between David Martin, Perry Dean, Donald Alexander, and Anthony Silva (collectively "Plaintiffs"), by and through their undersigned counsel, and New United Motor Manufacturing, Inc. ("NUMMI"), by and through its undersigned counsel. Plaintiffs and NUMMI are collectively referred to herein as the "Parties."

### RECITALS

WHEREAS, Plaintiffs indicated their intent to seek leave to amend their complaint to assert that paint-booth employees are denied legally required compensation for the time spent donning and doffing paint-booth specific PPE during their rest periods in the Parties' Joint Case Management Conference Statement;

WHEREAS, Plaintiffs intend to file a First Amended Complaint ("FAC"), a copy of which is appended hereto as Exhibit 1;

WHEREAS, NUMMI does not object to the filing of the First Amended Complaint but does reserve its right to challenge the legal sufficiency of the amendments and/or the merits of any claim set forth in the FAC;

THEREFORE, the Parties stipulate and agree, and request that the Court order, that:

1. Pursuant to Rule 15 of the Federal Rules of Civil Procedure, Plaintiffs may file the First Amended Complaint appended hereto as Exhibit 1;
2. The First Amended Complaint is deemed filed and served as of the date of this Order;
3. Defendants shall have 30 days to respond.

1 | April 4, 2008

*Marlene Muraco*
MARLENE S. MURACO
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
NEW UNITED MOTOR MANUFACTURING, INC.

7 | April 7, 2008

JAMES FINBERG
ALTSHULER BERZON
Attorneys for Plaintiffs
DAVID MARTIN, PERRY DEAN, DONALD ALEXANDER, ANTHONY SILVA, and the proposed Plaintiff Class

### ORDER

The foregoing Stipulation is approved, and IT IS SO ORDERED.

_____
Hon. Phyllis J. Hamilton
United States District Judge

*[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Phyllis J. Hamilton]*

3.

Case No. C-07-3887-PJH

**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**