1  MARLENE S. MURACO, Bar No. 154240
   LITTLER MENDELSON
2  A Professional Corporation
   50 West San Fernando Street, 14th Floor
3  San Jose, CA 95113.2303
   Telephone:     408.998.4150
4
   *Attorneys for Defendant*
5  NEW UNITED MOTOR MANUFACTURING, INC..

6  JAMES M. FINBERG, Bar No. 114850
   EVE H. CERVANTEZ, Bar No. 164709
7  LINDA LYE, Bar No. 215584
   JENNIFER SUNG, Bar No. 254741
8  ALTSHULER BERZON LLP
   177 Post Street, Suite 300
9  San Francisco, CA 94108
   Telephone:     415.421.7151
10
   *Attorneys for Plaintiffs*
11 DAVID MARTIN, PERRY DEAN, DONALD ALEXANDER,
   ANTHONY SILVA, and the proposed Plaintiff Class
12

13                      UNITED STATES DISTRICT COURT

14                      NORTHERN DISTRICT OF CALIFORNIA

15

16 | DAVID MARTIN, PERRY DEAN,          | Case No. C-07-3887-PJH
17 | DONALD ALEXANDER, and
   | ANTHONY SILVA, on behalf of         | STIPULATION AND [PROPOSED] ORDER
   | themselves and a class of those similarly | RE: SETTING PRELIMINARY
18 | situated,                           | APPROVAL HEARING DATE AND
   |                                     | DEADLINE FOR FILING NOTICE AND
19 |              Plaintiffs,            | MOTION FOR PRELIMINARY
   |                                     | APPROVAL AND VACATING
20 |       v.                            | DEADLINES PENDING SETTLEMENT
   |                                     | APPROVAL
21 | NEW UNITED MOTOR
   | MANUFACTURING, INC.
22 |
   |              Defendant.
23

24

25

26

27

28
                                                        Case No. C-07-3887-PJH

STIPULATION AND [PROPOSED] ORDER RE: SETTING PRELIMINARY APPROVAL HEARING DATE

This Stipulation is entered into by and between David Martin, Perry Dean, Donald Alexander, and Anthony Silva (collectively "Plaintiffs"), by and through their undersigned counsel, and New United Motor Manufacturing, Inc. ("NUMMI"), by and through its undersigned counsel. Plaintiffs and NUMMI are collective referred to herein as the "Parties."

### RECITALS

WHEREAS, the Parties have entered into a Memorandum of Understanding regarding settlement of this matter;

WHEREAS, Plaintiffs intend to file their Notice of Motion and Motion for Order (1) Conditionally Certifying Settlement Class And Collective Action, (2) Granting Preliminary Approval To Proposed Class Action Settlement And Plan Of Allocation, (3) Directing Dissemination Of Class Notice And Settlement Forms To Class; And (4) Setting Final Approval Hearing Date And Related Dates on Wednesday, June 25, 2008, and the Parties hereby request a preliminary approval hearing date of July 30, 2008;

WHEREAS, the Court previously ordered Defendant to file its Summary Judgment Motion on or before June 11, 2008 and ordered Plaintiffs to file their Notice Motion and Rule 23 Motion on or before July 11, 2008, in the absence of a settlement agreement; and

WHEREAS, the Parties agree that these deadlines should be vacated in light of the forthcoming motion for approval of the Parties' settlement agreement;

THEREFORE, the Parties stipulate and agree as follows:

### STIPULATION AND AGREEMENT

1. Plaintiffs shall have until June 25, 2008 to file their Notice and Motion for Preliminary Approval;
2. The preliminary approval hearing will be held on July 30, 2008;
3. The Summary Judgment Motion filing deadline set by the Court in its April 8, 2008 order is hereby vacated; and

4. The Notice Motion and Rule 23 Motion filing deadline set by the Court in its January 17, 2008 scheduling order is hereby vacated.

June 20, 2008

_____
MARLENE S. MURACO
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
NEW UNITED MOTOR MANUFACTURING, INC.

June 20, 2008

_____
JAMES FINBERG
ALTSHULER BERZON
Attorneys for Plaintiffs
DAVID MARTIN, PERRY DEAN, DONALD ALEXANDER, ANTHONY SILVA, and the proposed Plaintiff Class

## ORDER

The foregoing Stipulation is approved, and IT IS SO ORDERED.

Dated:

_____
Hon. Phyllis J. Hamilton
United States District Judge