EXHIBIT B

# CLAIM FORM

*Martin, et al., v. New United Motor Manufacturing, Inc.* Class Action Settlement
The Garden City Group, Inc.
[address]
Tel: [phone] Fax: [fax]

**NOTE:** Please read the enclosed "Notice of (1) Proposed Class Settlement and (2) Final Settlement Approval Hearing" (the "Class Notice") before completing this Claim Form.

**DEADLINE:** To receive any money from this settlement, you must properly complete, sign, and submit a Claim Form to the Settlement Administrator, The Garden City Group, Inc., POSTMARKED or DELIVERED (via facsimile or professional or personal delivery) by _____, 2008.

The Claim Form must be personally filled out and signed by the current or former NUMMI employee who seeks to participate in this settlement, or by someone with a legal right to act on his or her behalf.

**Be sure to make a copy of your signed Claim Form for your records.**

1.  **Your Contact Information**

Please review and, if necessary, correct on the line to the right your contact information:

<<Name>>                                    _____
<<Address>>                                 _____
<<City>>, <<State>> <<Zip Code>>            _____


If you wish, please add further contact information here. This will help the Settlement Administrator and/or Class Counsel to reach you in the event there are questions or difficulties sending you your settlement check.

Telephone number (daytime):                 _____
Telephone number (evening)                  _____
E-mail:                                     _____

**Note:** it is your responsibility to notify the Settlement Administrator if you change your mailing address after submitting this claim form.

2.  **Your Employment in Covered Positions, Number of Compensable Work Days, and Estimated Settlement Share**

You are entitled to a Settlement Share based on your total number of Compensable Work Days, which are the days New United Motor Manufacturing, Inc. ("NUMMI") required you to work in a cleanroom while employed in a Covered Position, during the Covered Period. Covered Positions include maintenance and production employees in the Truck Paint, Passenger Paint, Plastics, and Body Shop departments who work in a cleanroom. The Covered Period runs from July 30, 2003 to July 30, 2008 [date of preliminary approval]. Because NUMMI has permitted individuals employed in the paint side of NUMMI's Plastics Department to don and doff their coveralls on-the-clock since February 2006, only days worked in that department between the dates of July 30, 2003 and February 28, 2006 will be counted as Compensable Work Days. (For more information, please see § 4 of the Class Notice.)

According to NUMMI's records for the Covered Period, your Covered Position(s), dates of employment therein, and the number of your Compensable Work Days within the Covered Period are as follows:

| Covered Position:<br><<Department>><br><<Group>> | Dates employed in Position:<br><<Start Date>> - <<End Date>> | Number of Compensable Work Days in Position, within Covered Period:<br><<Number of Days>> |
|---|---|---|
| Total Compensable Work Days within Covered Period: | | <<Total Number of Days>> |

**[REPEAT FIRST ROW IF MORE THAN ONE COVERED POSITION]**

Based on this information, your estimated settlement share is $▒▒▒▒▒.  Your estimated Settlement Share is calculated under the assumption that (i) the Court finally approves the Settlement; (ii) all Class Members participate and submit valid claims; and (iii) the Court approves the amounts sought for the Class Representative Payments, the Class Counsel Attorneys' Fees and Costs Payment, and the payment to the Settlement Administrator.  Your actual Settlement Share may end up being higher or lower than estimated.

If you believe that any of your employment history information charted above is incorrect, please (i) correct that information in the space below (using additional paper if necessary), and (ii) enclose documentary evidence supporting your correction(s).

_____
_____

**Note:**   If you do not submit a correction with supporting documentation, you waive your right to challenge the above pre-printed information.  By submitting a correction, you are authorizing the Settlement Administrator to review NUMMI's records and make a determination based on NUMMI's records and the records you submit.  This determination may increase or decrease the value of your share of the settlement.  All such determinations by the Settlement Administrator are final and binding with no opportunity for further appeal.

3. **Signature and Confirmation of Consent to Join Collective Action**

I declare under penalty of perjury under the laws of the United States that:

1. The information set forth above regarding my employment with New United Motor Manufacturing, Inc. (including any corrections I have made), is true and correct.

2. I have read the Class Notice and I understand that, in signing this form, I (i) consent to join this collective action pursuant to section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b); (ii) consent to release all of the state and federal claims as described in the Class Notice (see § 5 of the Class Notice); (iii) consent to the jurisdiction of the U.S. District Court for the Northern District of California presiding over this case; and (iv) authorize Class Counsel to act on my behalf in all matters relating to this action, including the settlement of my claims.

3. I wish to receive my share of the proposed Settlement.

_____, 2008.
Date

_____
Signature

4. **Taxpayer Identification Number Certification**

**Substitute IRS Form W-9**

Enter your Social Security Number: ☐☐☐ - ☐☐ - ☐☐☐☐

Under penalty of perjury, I certify that:
1. The social security number shown on this form is my correct taxpayer identification number; and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. person (including a U.S. resident alien).

Note: If the IRS has notified you that you are subject to backup withholding, you must cross out item #2 above.

**The IRS does not require your consent to any provision of this document other than this Form W-9 certification to avoid backup withholding.**

5. **Postmark Deadline**

**Your Claim Form must be POSTMARKED or DELIVERED (via facsimile transmission or professional or personal delivery) on or before _____, 2008.** A Claim Form postmarked or received by the Settlement Administrator later than this deadline will not be accepted absent good cause shown. A postage pre-paid, self-addressed return envelope has been enclosed for your convenience. This Claim Form must be mailed or delivered to the Settlement Administrator at:

*Martin v. NUMMI* Class Action Settlement
[Settlement Administrator]
[address]
Tel: [phone]  Fax: [fax]

**6.    Questions?**

If you have questions regarding this Claim Form, please contact the Settlement Administrator:

The Garden City Group<br>
Address<br>
Tel. number, Fax number

You can also check the website for this Class Action: [insert web address, to be set up by the Settlement Adminsitrator]

If you would like to speak with an attorney, please contact Class Counsel, Jim Finberg, Peder Thoreen, or Jennifer Sung (the attorneys who represent the Class) at:

- Altshuler Berzon, LLP, 177 Post St., Suite 300, San Francisco, CA 94703
- By email: contact Jusztina Traum, Paralegal, at jtraum@altshulerberzon.com
- By telephone: _____.

.