MARLENE S. MURACO, Bar No. 154240
mmuraco@littler.com
ERICA H. KELLEY, Bar No. 221702
ekelley@littler.com
LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
15th Floor
San Jose, CA  95113.2303
Telephone:    408.998.4150

Attorneys for Defendant
NEW UNITED MOTOR MANUFACTURING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID MARTIN, PERRY DEAN, DONALD ALEXANDER, AND ANTHONY SILVA, on behalf of themselves and a class of those similarly situated,, <br><br> Plaintiffs, <br><br> v. <br><br> NEW UNITED MOTOR MANUFACTURING, INC., <br><br> Defendant. | Case No.  C07-03887 PJH <br><br> **DEFENDANT'S STATEMENT OF NON-OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL** <br><br> **COLLECTIVE ACTION AND CLASS ACTION** <br><br> Date:        July 30, 2008 <br> Time:       9:00 a.m. <br> Courtroom: 3 <br> Judge:      Hon. Phyllis J. Hamilton |

Defendant New United Motor Manufacturing, Inc. hereby submits a statement of non-opposition to Plaintiffs' Motion for Preliminary Approval regarding the Joint Stipulation of Class Settlement, Settlement Agreement and Release, which is scheduled to be heard on July 30, 2008, at 9:00 a.m. in Courtroom 3.  Defendant does not object to the Plaintiffs' request for order (1) conditionally certifying settlement class and collective action; (2) granting preliminary approval to proposed class action settlement and plan of allocation; (3) directing dissemination of class notice and settlement forms to class; and (4) setting final approval hearing date and related dates.

LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street
14th Floor
San Jose, CA  95113.2303
408.998.4150

(NO. C07-03887 PJH)

DEFENDANT'S STMT OF NON-OPP TO PLTS' MTN FOR PRELIMINARY APPROVAL

Dated: July 9, 2008

          <u>S/MARLENE S. MURACO</u>
          MARLENE S. MURACO
          LITTLER MENDELSON
          A Professional Corporation
          Attorneys for Defendant
          NEW UNITED MOTOR
          MANUFACTURING, INC.

Firmwide:85815574.1 048320.1017

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
50 West San Fernando Street
14th Floor
San Jose, CA 95113.2303
408.998.4150

(NO. C07-03887 PJH)    2.    DEFENDANT'S STMT OF NON-OPP TO PLTS' MTN FOR PRELIMINARY APPROVAL