JAMES M. FINBERG (SBN 114850)
EVE H. CERVANTEZ (SBN 164709)
LINDA LYE (SBN 215584)
PEDER THOREEN (SBN 217081)
JENNIFER SUNG (SBN 254741)
ALTSHULER BERZON LLP
177 Post Street, Suite 300, San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
E-Mail: jfinberg@altshulerberzon.com
E-Mail: ecervantez@altshulerberzon.com
E-Mail: llye@altshulerberzon.com
E-Mail: pthoreen@altshulerberzon.com
E-Mail: jsung@altshulerberzon.com

*Attorneys for Plaintiffs*
*David Martin, Perry Dean, Donald Alexander,*
*Anthony Silva, and the proposed Plaintiff Class*

MARLENE S. MURACO (SBN 154240)
ERICA H. KELLEY (SBN 221702)
LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando St., 14 Fl., San Jose, CA 95113
Telephone: (408) 998-4150
Facsimile: (408) 288-5686
E-Mail: mmuraco@littler.com
E-Mail: ekelley@littler.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MARTIN, PERRY DEAN, DONALD ALEXANDER, and ANTHONY SILVA, on behalf of themselves and a class of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NEW UNITED MOTOR MANUFACTURING, INC.<br><br>Defendant. | Case No. C-07-3887-PJH<br><br>**STIPULATION RE: SUBSTITUTE PROPOSED PRELIMINARY APPROVAL ORDER WITH AMENDED CLASS NOTICE** |

Case No. C-07-3887-PJH

**STIPULATION RE: SUBSTITUTE PROPOSED PRELIMINARY APPROVAL ORDER**

This Stipulation is entered into by and between David Martin, Perry Dean, Donald Alexander, and Anthony Silva (collectively "Plaintiffs"), by and through their undersigned counsel, and New United Motor Manufacturing, Inc. ("NUMMI"), by and through its undersigned counsel. Plaintiffs and NUMMI are collective referred to herein as the "Parties."

## RECITALS

WHEREAS, Plaintiffs filed a proposed preliminary approval order on June 25, 2008, and attached to the proposed order the Parties' Joint Stipulation of Class Settlement and Settlement Agreement and Release ("Settlement Agreement") as Exhibit 1;

WHEREAS, the Parties attached to the Settlement Agreement a proposed Class Notice and Claim Form as Exhibits A and B;

WHEREAS, the proposed Class Notice (Exhibit A) did not include an instruction to Spanish-speaking Class Members on how to obtain information in Spanish, and the Parties agree that the Class Notice should include such an instruction;

WHEREAS, the Parties have amended the Class Notice to include such an instruction;

WHEREAS, the Parties are filing concurrently with this Stipulation a substitute proposed preliminary approval order, to which the Settlement Agreement with the amended Class Notice is attached;

WHEREAS the only difference between the substitute proposed preliminary order and that which the parties filed on June 25, 2008 is the Spanish-language instruction in the amended Class Notice;

THEREFORE, the Parties stipulate and agree as follows:

## STIPULATION AND AGREEMENT

1. The proposed preliminary approval order with amended class notice that the parties are filing concurrently with this Stipulation should be substituted for the proposed preliminary approval order that the parties filed on June 25, 2008.

July 11, 2008

*[signature: Marlene Muraco]*
MARLENE S. MURACO
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
NEW UNITED MOTOR MANUFACTURING, INC.

July 11, 2008

*[signature: James Finberg]*
JAMES FINBERG
ALTSHULER BERZON
Attorneys for Plaintiffs
DAVID MARTIN, PERRY DEAN, DONALD ALEXANDER, ANTHONY SILVA, and the proposed Plaintiff Class