UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

Date: July 30, 2008                                    JUDGE: Phyllis J. Hamilton

Case No: C-07-3887 PJH

Case Name: David Martin, et al. v. New United Motor Manufacturing

Attorney(s) for Plaintiff:      James M. Fineberg
Attorney(s) for Defendant:   Marlene Muraco

Deputy Clerk: Nichole Heuerman                Court Reporter: Sahar McVickar

PROCEEDINGS

   Plaintiffs' Motion for Preliminary Approval of Class Action Settlement-GRANTED as stated on the record. The Final Approval of Class Action Settlement Hearing is set for 10/29/08 at 9:00 a.m.

Order to be prepared by:   [] Pl [] Def [] Court

Notes:

cc: file