1  MARLENE S. MURACO, Bar No. 154240
   LITTLER MENDELSON
2  A Professional Corporation
   50 West San Fernando Street, 15th Floor
3  San Jose, CA 95113.2303
   Telephone:    408.998.4150
4
   *Attorneys for Defendant*
5  *NEW UNITED MOTOR MANUFACTURING, INC..*

6  JAMES M. FINBERG, Bar No. 114850
   EVE H. CERVANTEZ, Bar No. 164709
7  LINDA LYE, Bar No. 215584
   JENNIFER SUNG, Bar No. 254741
8  ALTSHULER BERZON LLP
   177 Post Street, Suite 300
9  San Francisco, CA 94108
   Telephone:    415.421.7151
10
   *Attorneys for Plaintiffs*
11 *DAVID MARTIN, PERRY DEAN, DONALD ALEXANDER,*
   *ANTHONY SILVA, and the proposed Plaintiff Class*
12

                    UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA


| DAVID MARTIN, PERRY DEAN, DONALD ALEXANDER, and ANTHONY SILVA, on behalf of themselves and a class of those similarly situated, | Case No. C-07-3887-PJH |
|---|---|
| Plaintiffs, | STIPULATION AND [PROPOSED] ORDER MODIFYING SECTION VI.F.4 OF THE JOINT STIPULATION OF CLASS SETTLEMENT AND CLASS SETTLEMENT AGREEMENT AND RELEASE |
| v. | |
| NEW UNITED MOTOR MANUFACTURING, INC. | |
| Defendant. | |

Case No. C-07-3887-PJH

STIP. & ORDER MODIFYING SECTION VI.F.4 OF THE SETTLEMENT AGREEMENT

1  This Stipulation is entered into by and between David Martin, Perry Dean, Donald
2  Alexander, and Anthony Silva (collectively "Plaintiffs"), by and through their undersigned
3  counsel, and New United Motor Manufacturing, Inc. ("NUMMI"), by and through its undersigned
4  counsel. Plaintiffs and NUMMI are collective referred to herein as the "Parties."

## RECITALS

WHEREAS, the Court preliminarily approved the settlement in this case on July 30, 2008, including the terms of the Joint Stipulation of Class Settlement and Class Settlement Agreement and Release ("Settlement Agreement") filed by the Parties on July 15, 2008 (Docket No. 29);

WHEREAS, Section VI.F.4 of the Settlement Agreement currently states that, when the plaintiffs file their motion for final settlement approval, the Claims Administrator shall "file with the Court true copies of the valid Claim Forms . . . it has received, except it will first redact from the documents the addresses, telephone numbers, e-mail addresses, the Social Security numbers, and information relating to Compensable Work Days and estimated Settlement Shares."

WHEREAS, although the Parties believe that identifying information should be redacted from any publicly-filed Claims Forms in order to protect class members' privacy and to minimize the risk of retaliation, Claims Forms redacted in accordance with Section VI.F.4 contain no information relevant to evaluating the fairness of the settlement;

WHEREAS, as of the date on which plaintiffs filed their motion for final settlement approval, the Claims Administrator had received 494 valid Claim Forms;

WHEREAS, filing all 494 redacted Claim Forms would inundate the Court with nearly 2,000 pages of documents;

WHEREAS, because the settlement is non-reversionary, the number and amount of claims will not affect the amount paid by defendant;

WHEREAS, declarations from the Claims Administrator regarding the number of claims received are an adequate substitute for filing the Claims Forms themselves because such declarations will fully inform the Court about the level of participation in the settlement;

THEREFORE, the Parties stipulate and agree as follows:

**STIPULATION AND AGREEMENT**

Section VI.F.4 of the Settlement Agreement is hereby modified to eliminate the requirement that the Claims Administrator redact and file with the Court the valid Claims Forms it has received.

October 8, 2008

_____
MARLENE S. MURACO
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
NEW UNITED MOTOR MANUFACTURING, INC.

October 8, 2008

_____
JAMES FINBERG
ALTSHULER BERZON LLP
Attorneys for Plaintiffs
DAVID MARTIN, PERRY DEAN, DONALD ALEXANDER, ANTHONY SILVA, and the proposed Plaintiff Class

**ORDER**

The foregoing Stipulation is approved, and IT IS SO ORDERED.

Dated: 10/21/08

_____
Hon. Phyllis J. Hamilton
United States District Judge

*IT IS SO ORDERED — Judge Phyllis J. Hamilton*

3.                                                          Case No. C-07-3887-PJH

**STIP. & ORDER MODIFYING SECTION VI.F.4 OF THE SETTLEMENT AGREEMENT**