1    MARLENE S. MURACO, Bar No. 154240
    mmuraco@littler.com
2    ERICA H. KELLEY, Bar No. 221702
    ekelley@littler.com
3    LITTLER MENDELSON
    A Professional Corporation
4    50 West San Fernando Street
    15th Floor
5    San Jose, CA  95113.2303
    Telephone:     408.998.4150
6

7    Attorneys for Defendant
    NEW UNITED MOTOR MANUFACTURING,
    INC.
8

9    JAMES M. FINBERG, Bar No. 114850
    jfinberg@altshulerberzon.com
10   EVE H. CERVANTEZ, Bar No. 164709
    ecervantez@altshulerberzon.com
11   LINDA LYE, Bar No. 215584
    llye@altshulerberzon.com
12   JENNIFER SUNG, Bar No. 254741
    jsung@altshulerberzon.com
13   ALTSHULER BERZON LLP
    177 Post Street, Suite 300
    San Francisco, CA 94108
14   Telephone:     415.421.7151

15   Attorneys for Plaintiffs
    DAVID MARTIN, PERRY DEAN, DONALD
16   ALEXANDER, ANTHONY SILVA, and the
    proposed Plaintiff Class
17

18           UNITED STATES DISTRICT COURT

19          NORTHERN DISTRICT OF CALIFORNIA

20

| | |
|---|---|
| 21   DAVID MARTIN, PERRY DEAN, DONALD ALEXANDER, AND ANTHONY SILVA, on behalf of themselves and a class of those similarly situated,, | Case No.  C07-03887 PJH |
| 22 | MODIFIED **STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING THE FINAL APPROVAL HEARING, MODIFYING SECTION XI.A.2 OF THE JOINT STIPULATION OF CLASS SETTLEMENT AND CLASS SETTLEMENT AGREEMENT AND RELEASE AND AUTHORIZING NOTICE OF SETTLEMENT TO NEWLY-DISCOVERED CLASS MEMBERS** |
| 23 | |
| 24          Plaintiffs, | |
| 25         v. | |
| 26   NEW UNITED MOTOR MANUFACTURING, INC., | |
| 27 | |
| 28        Defendant. | |

1     This Stipulation is entered into by and between David Martin, Perry Dean, Donald

2   Alexander, and Anthony Silva (collectively "Plaintiffs"), by and through their undersigned counsel,

3   and New United Motor Manufacturing, Inc. ("NUMMI"), by and through its undersigned counsel.

4   Plaintiffs and NUMMI are collectively referred to herein as the "Parties."

5                                           RECITALS

6     WHEREAS, the Court preliminarily approved the settlement in this case on July 30,

7   2008, including the terms of the Joint Stipulation of Class Settlement and Class Settlement

8   Agreement and Release ("Settlement Agreement") filed by the Parties on July 15, 2008 (Docket No.

9   29) and subsequently modified by the Parties on August 22, 2008 (Docket No. 34) and October 21,

10   2008 (Docket No. 49);

11     WHEREAS, the Court scheduled a hearing to determine whether to grant final

12   approval of the Settlement (the "Final Approval Hearing") for October 29, 2008, at 9:00 a.m.;

13     WHEREAS, following a recent inquiry by the Court, the Parties realized that

14   Defendant had failed to send notice to appropriate State and Federal officials as required by the

15   Class Action Fairness Act ("CAFA"), 28 U. S. C. §1715(b) ("CAFA Notice");

16     WHEREAS, the Parties recently discovered that there are three individuals who

17   should have been included in the class but who have not yet received notice of the settlement of this

18   matter because Defendant inadvertently left them off the class list provided to the Settlement

19   Administrator;

20     WHEREAS, Defendant requested, and Plaintiffs agreed, to continue the Final

21   Approval Hearing to permit Defendant to send the required CAFA Notice to the appropriate State

22   and Federal officials and to permit the three newly-discovered class members to be informed of the

23   settlement in this matter and to have an opportunity to file a claim,  opt out of the settlement, or

24   object to the settlement;

25     WHEREAS, the Parties want to accomplish the foregoing goals without delaying the

26   disbursement of the settlement funds any longer than is absolutely necessary;

27     WHEREAS, Section XI.A.2 of the Settlement Agreement currently states that

28   NUMMI or the Settlement Administrator will distribute to every Claimant his or her Settlement

1    Share within sixty (60) days after the Final Approval Order becomes Final;

2            WHEREAS, the Parties agree that in order to minimize the delay in distribution of the

3    settlement funds that will be caused by the requested continuance of the Final Approval Hearing,

4    Section XI.A.2 of the Settlement Agreement should be modified to provide that NUMMI or the

5    Settlement Administrator will distribute to every Claimant his or her Settlement Share within seven

6    (7) days after the Final Approval Order becomes Final;

7            THEREFORE, the Parties stipulate and agree as follows:

8                    STIPULATION AND AGREEMENT

9            1.      The Final Approval Hearing shall be continued to 9:00 a.m. on January 28,

10   2009;

11           2.      Defendant shall send notice to the appropriate State and Federal officials as

12   required by the Class Action Fairness Act on October 29, 2008;

13           3.      On or before November 7, 2008, Defendant shall file a declaration with the

14   Court attesting that the CAFA Notice was sent to the appropriate officials, as required by this

15   Stipulation;

16           4.      On October 31, 2008, the Settlement Administrator shall send notice of the

17   Class Settlement to the three individuals who were recently identified as being members of the class;

18           5.      The notice provided to the newly-discovered class member shall indicate that

19   they have 45-days to either object to the settlement or opt-out of it (*i.e.*, until December 15, 2008)

20   and that they have 60-days to submit a claim form (*i.e.*, until December 30, 2008) but shall otherwise

21   be identical to the notice sent to all other class members and previously approved by this Court;

22           6.      Section XI.A.2 of the Settlement Agreement shall be modified to read as

23   follows: "Within seven (7) days after the Final Approval Order becomes Final, NUMMI or the

24   Settlement Administrator will distribute to every Claimant his or her Settlement Share, which will be

25   calculated for each Claimant as follows:"

26           7.      Plaintiffs shall file a status update with the Court ~~one~~ two week prior to the Final

27   Approval Hearing, on January ~~21~~ 14, 2008.

28   //

(NO.  C07-03887 PJH)                    3.      STIP & ORDER CONTINUING FINAL
                                                APPROVAL HEARING AND MODIFYING
                                                SETTLEMENT AGREEMENT

1   Dated: October 28, 2008

2

3                                          /s/ Marlene S. Muraco
                                           MARLENE S. MURACO
4                                          LITTLER MENDELSON
                                           A Professional Corporation
5                                          Attorneys for Defendant
                                           NEW UNITED MOTOR
6                                          MANUFACTURING, INC.

7
    Dated: October 28, 2008
8

9
                                           /s/ Eve H. Cervantez
10                                         EVE H. CERVANTEZ
                                           ALTSHULER BERZON LLP
11                                         Attorneys for Plaintiffs
                                           DAVID MARTIN, PERRY DEAN, DONALD
12                                         ALEXANDER, ANTHONY SILVA, and the
                                           proposed Plaintiff Class
13

14

15                              ORDER

16   The foregoing Stipulation is approved, and IT IS SO ORDERED.

17

18   Dated:  10/30/08

19                                         Hon. Phyllis J. Hamilton
                                           United States

20                                         IT IS SO ORDERED

21

22                                         Judge Phyllis J. Hamilton

23

24

25

26

27

28

STIP & ORDER CONTINUING FINAL
                                                           APPROVAL HEARING AND MODIFYING
                                                           SETTLEMENT AGREEMENT