UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MARTIN, PERRY DEAN, DONALD ALEXANDER, and ANTHONY SILVA, on behalf of themselves and a class of those similarly situated,<br><br>           Plaintiffs,<br><br>    v.<br><br>NEW UNITED MOTOR MANUFACTURING, INC.<br><br>           Defendant. | Case No. C-07-3887-PJH<br><br>**[PROPOSED]** ORDER GRANTING MOTION FOR AWARD OF CLASS REPRESENTATIVE SERVICE PAYMENTS<br><br>Date     October 29, 3008<br>Time:    9:00 a.m.<br>Place:   Courtroom 3<br>Judge:  Honorable Phyllis Hamilton |

Case No. C-07-3887-PJH

[PROPOSED] ORDER GRANTING MOTION FOR AWARD OF CLASS REPRESENTATIVE SERVICE PAYMENTS

1    On October 29, 2008 at 9:00 a.m., the parties appeared for a hearing on Plaintiffs' Motion for
2    Award of Class Representative Service Payments.  Based upon all papers on file with the Court and
3    the arguments of counsel, the Court finds that the proposed service payment is fair and reasonable,
4    taking into account "the actions the plaintiff[s] [have] taken to protect the interests of the class, the
5    degree to which the class has benefited from those actions, . . .[and] the amount of time and effort
6    the plaintiff[s] expended in pursuing this litigation . . ." *Staton v. Boeing*, 327 F.3d 938, 977 (9th
7    Cir. 2003) (quoting *Cook v. Niedert*, 142 F.3d 1004, 1016 (7th Cir. 1998)).

    The Settlement Administrator shall distribute $5,000 each to Class Representatives David
Martin, Perry Dean, Donald Alexander, and Anthony Silva within 10 days after the Final Approval
Order becomes final.  This amount is separate and apart from any other recovery to which the class
representatives might be entitled under other provisions of the Settlement.

    IT IS SO ORDERED.

    January 28, 2009
Date: ~~October ___, 2008~~



IT IS SO ORDERED
Judge Phyllis J. Hamilton

1                                                                Case No. C-07-3887-PJH

[PROPOSED] ORDER GRANTING MOTION FOR AWARD OF CLASS REPRESENTATIVE SERVICE PAYMENTS