1   MARLENE S. MURACO, Bar No. 154240
    mmuraco@littler.com
2   ERICA H. KELLEY, Bar No. 221702
    ekelley@littler.com
3   LITTLER MENDELSON
    A Professional Corporation
4   50 West San Fernando Street
    15th Floor
5   San Jose, CA  95113.2303
    Telephone:     408.998.4150
6
    Attorneys for Defendant
7   NEW UNITED MOTOR MANUFACTURING,
    INC.
8
    JAMES M. FINBERG, Bar No. 114850
9   jfinberg@altshulerberzon.com
    EVE H. CERVANTEZ, Bar No. 164709
10  ecervantez@altshulerberzon.com
    LINDA LYE, Bar No. 215584
11  llye@altshulerberzon.com
    JENNIFER SUNG, Bar No. 114850
12  jsung@altshulerberzon.com
    ALTSHULER BERZON LLP
13  177 Post Street, Suite 300
    San Francisco, CA  94108
14  Telephone:     415.421.7151

15

16                  UNITED STATES DISTRICT COURT

17               NORTHERN DISTRICT OF CALIFORNIA

18                    SAN FRANCISCO DIVISION

19  DAVID MARTIN, PERRY DEAN,            Case No.  C07-03887 PJH
    DONALD ALEXANDER, AND
20  ANTHONY SILVA, on behalf of          **STIPULATION AND [PROPOSED]**
    themselves and a class of those similarly   **ORDER MODIFYING SECTION XI.A.2 OF**
21  situated,                            **THE JOINT STIPULATION OF CLASS**
                                         **SETTLEMENT AND CLASS**
22                  Plaintiffs,          **SETTLEMENT AGREEMENT AND**
                                         **RELEASE TO PERMIT DISTRIBUTION**
23          v.                           **OF SETTLEMENT SHARES NINE DAYS**
                                         **AFTER THE FINAL APPROVAL ORDER**
24  NEW UNITED MOTOR
    MANUFACTURING, INC.,                 **COLLECTIVE ACTION AND CLASS**
25                                       **ACTION**
                    Defendant.
26

27

28

(NO.  C07-03887 PJH)                     STIPULATION AND [PROPOSED] ORDER MODIFYING
                                         SECTION XI.A.2 OF THE CLASS SETTLEMENT
                                         AGREEMENT

1    This Stipulation is entered into by and between David Martin, Perry Dean, Donald

2 Alexander, and Anthony Silva (collectively "Plaintiffs"), by and through their undersigned counsel,

3 and New United Motor Manufacturing, Inc. ("NUMMI"), by and through its undersigned counsel.

4 Plaintiffs and NUMMI are collectively referred to herein as the "Parties."

5 RECITALS

6    WHEREAS, the Court entered an order finally approving the settlement in this case

7 on January 28, 2009 (Docket No. 60), including the terms of the Joint Stipulation of Class

8 Settlement and Class Settlement Agreement and Release ("Settlement Agreement") filed by the

9 Parties on July 15, 2008 (Docket No. 29) and subsequently modified by the Parties on August 22,

10 2008 (Docket No. 34), October 21, 2008 (Docket No. 49) and October 28, 2008 (Docket No. 50);

11    WHEREAS, Section XI.A.2 of the Settlement Agreement currently states that

12 NUMMI or the Settlement Administrator will distribute to every Claimant his or her Settlement

13 Share within seven (7) days after the Final Approval Order becomes Final;

14    WHEREAS, on the afternoon of January 28, 2009, the Settlement Administrator

15 disclosed to the parties for the first time that there were several Claimants who, during the claims

16 process, had asserted that they did not receive credit for all the time they spent working in Covered

17 Positions;

18    WHEREAS, Defendant NUMMI has researched the assertions of those Claimants

19 and determined that there is one Claimant who should have been credited for time spent working in

20 one position;

21    WHEREAS, this discovery has required the Third Party Administrator to re-calculate

22 the Settlement Shares owed to each Claimant in the class;

23    WHEREAS, the recalculation was completed on the afternoon of February 2, 2009;

24    WHEREAS, due to the delay caused by the research and recalculation processes, the

25 Parties agree that two extra days will be needed to process the Settlement Shares;

26    THEREFORE, the Parties stipulate and agree as follows:

27    //

28    //

(NO. C07-03887 PJH)       2.    STIPULATION AND [PROPOSED] ORDER MODIFYING
SECTION XI.A.2 OF THE CLASS SETTLEMENT
AGREEMENT

1

STIPULATION AND AGREEMENT

2              1.       Section XI.A.2 of the Settlement Agreement shall be modified to read as

3 follows: "Within nine (9) days after the Final Approval Order becomes Final, NUMMI or the

4 Settlement Administrator will distribute to every Claimant his or her Settlement Share, which will be

5 calculated for each Claimant as follows:"

6

7 Dated: February 3, 2009

8

9                                                 /s/ *Marlene S. Muraco*
10                                             MARLENE S. MURACO
                                             LITTLER MENDELSON
11                                             A Professional Corporation
                                             Attorneys for Defendant
12                                             NEW UNITED MOTOR
                                             MANUFACTURING, INC.

13 Dated: February 3, 2009

14                                             /s/ *Eve H. Cervantez*
15                                             EVE H. CERVANTEZ
                                             ALTSHULER BERZON LLP
                                             Attorneys for Plaintiffs
16                                             DAVID MARTIN, PERRY DEAN, DONALD
                                             ALEXANDER, ANTHONY SILVA, and the
17                                             Plaintiff Class

18

19

ORDER

20 The foregoing Stipulation is approved, and IT IS SO ORDERED.

21

22 Dated:  2/3/09

23                                             Hon. Phyllis J. Hamilton
                                             United States District Judge

24

25

26  Firmwide:88358503.1 048320.1017

27

28